UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

              Plaintiff,

-against-

N.Y.P.D.; NYC ANTI SOCIAL CLUB; NYC MTA; TRINIDAD US CONSULATE; DAVID RAUCH (F.B.I.); DOUG KORNESKI (F.B.I.); J. BIDEN; US GOVERNMENT; DONALD TRUMP; US SD COURT; US SENATE; CITY OF NY (HRA); NYCT; TRINIDAD GOVERNMENT; MEMPHIS POLICE DEPARTMENT; RICK LANDE; A. CUOMO; US SUPREME COURT; COURT OF APPEALS; THE WHITE HOUSE; US CONGRESS,

              Defendants.

21-CV-0157 (CM)

ORDER

COLLEEN McMAHON, Chief United States District Judge:

    The Court denies Plaintiff leave to file this action because she fails to show that her claims are not frivolous. *See Frost v. NYPD*, ECF 1:20-CV-0417, 5 (S.D.N.Y. Feb. 14, 2020) (requiring Plaintiff to submit with any new complaint: a motion for leave to file; a copy of the February 14, 2020 order; the relevant fees or IFP application; and a statement, made under penalty of perjury, stating that the claims are not frivolous or in bad faith, that the lawsuit is not brought for any improper purpose, such as to harass or cause unnecessary delay, and that the filing complies with this Court's orders, the Federal Rules of Civil Procedure, and this Court's Local Rules).

    The Court directs the Clerk of Court to terminate any pending motions and close this action. Plaintiff has consented to electronic service of Court documents. (ECF No. 4.)

SO ORDERED.

Dated:   January 8, 2021
             New York, New York

                                              COLLEEN McMAHON
                                      Chief United States District Judge